JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL VALENZUELA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DEP MITEK, a company of unknown origin; SYNTHES STRATEC SYNTHES USA, a company of unknown origin; SYNTHES, a company of unknown origin; SYNTHES (USA) PRODUCTS, LLC, a limited liability company of unknown origin; SYNTHES USA, LLC, a limited liability company of unknown origin; JOHNSON & JOHNSON MEDICAL DEVICE CENTER, a company of unknown origin; JOHNSON & JOHNSON, a New Jersey Corporation; DEPUY SYNTHES COMPANIES, a company of unknown origin; and DOES 1 to 100,<br><br>Defendants. | Case No. CV 19-7564-MWF (Ex)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a), IT IS ORDERED THAT THIS ACTION IS DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own costs and attorneys' fees. The Clerk is directed to close the file.

Dated: September 28, 2020

_____
Michael W. Fitzgerald
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28